UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANTHONY GUERRA,

       Petitioner,                                 Case No. 07-10190

v.                                                    Hon. Nancy G. Edmunds

WARDEN ANDREW JACKSON,

       Respondent.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's March 5, 2010 Report and Recommendation [Docket Text # 12.]. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

      SO ORDERED.

                                           s/Nancy G. Edmunds
                                           Nancy G. Edmunds
                                           United States District Judge

Dated: March 30, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2010, by electronic and/or ordinary mail.

                                           s/Carol A. Hemeyer
                                           Case Manager